# UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 16, 2016

MEMO TO COUNSEL RE: Faddis Concrete, Inc. v. Brawner Builders, Inc.
Civil No. ELH-15-3975

Dear Counsel:

I have reviewed the memoranda submitted in connection with Brawner Builders, Inc.'s motion to dismiss for lack of ripeness.

The motion is denied. The claims set forth in plaintiff's complaint are "ripe," particularly in light of the fact that plaintiff alleges that Brawner Builders owes it money for payment of the contract balance and trucking charges on the parties' contract. This is not to say that plaintiff's effort to hold Brawner Builders liable for SHA's alleged conduct will be successful. That is a matter that can be raised by a motion for summary judgment filed by Brawner Builders in accordance with the schedule instituted by this court.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

U.S. DISTRICT COURT
FILED
2016 JUN 17 PM 12:08
CLERK'S OFFICE
AT BALTIMORE
BY ____ DEPUTY